ACCEPTED
03-14-00734-CR
5670288
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/15/2015 9:53:06 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00734-CR

| | | |
|---|---|---|
| BRUCE WAYNE HARKEY<br>Appellant | § | IN THE COURT OF APPEALS |
| VS. | § | THIRTEENTH DISTRICT |
| THE STATE OF TEXAS,<br>Appellee | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/15/2015 9:53:06 AM
JEFFREY D. KYLE
Clerk

## CORRECTED FIRST MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

This motion is presented by the State of Texas, by and through the undersigned Assistant District Attorney, and in support would show:

I.

The brief for the State of Texas, Appellee, is due on June 15, 2015.

II.

The undersigned is solely responsible for all appellate and post-conviction matters in felony cases on behalf of the State of Texas for the 33rd and the 424th Judicial Districts which covers Burnet County, Llano County, Blanco County, and San Saba County. The undersigned is also solely responsible for all asset seizure

and forfeiture matters within these four counties, including investigating and preparing Notice of Seizure and Affidavit, preparing and responding to discovery, summary judgment procedures, and trial proceedings. Additionally the undersigned is responsible for responding to all Public Information Act requests and for providing assistance and backup to the trial attorneys during trial preparation and during non-trial settings before the bench when needed. The undersigned has just completed and filed the Appellee's Brief in Case No. 03-15-00127-CR styled Aaron Joseph Hoes vs. The State of Texas. Further, the undersigned is presently involved in a very substantial Public Information Act request which has taken a large amount of time last week to organize and will take the majority of the present week to prepare the letter to the Office of the Attorney General seeking permission to withhold various records and to prepare the letter to the Requestor providing the records that can be released.

III.

In this case Appellant raises four issues which are somewhat complex and will require substantial research. While the undersigned has reviewed a substantial portion of the trial record and has reviewed a fair portion of Appellant's cited case opinions, the undersigned has a large amount of review and preparation still to

complete. Considering all of the existing deadlines, the undersigned will need an additional 60 days to prepare and file the Appellee's Brief in this case. This is the first motion for extension of time that the State of Texas has sought in this case.

PRAYER

The State of Texas, in consideration of the facts and circumstances set forth herein above, prays the Court grant this motion and extend the due date for the Appellee's Brief to August 31, 2015.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone            Telecopier
(325) 247-5755     (325) 247-5274

By: _____
Gary W. Bunyard
Assistant District Attorney
State Bar No. 03353500
ATTORNEY FOR APPELLEE

## CERTIFICATE OF WORD COUNT

This is to certify that the pertinent portion of this brief contains 373 words printed in Aldine401BT 14 font according to the WordPerfect™ X7 word count tool.

Gary W. Bunyard

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on the 15th day of June 2015, to Mr. Keith S. Hampton and Mr. Richard D. Davis, Attorneys for Appellant, by EServe.

Gary W. Bunyard
Assistant District Attorney